# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2459.  BRODERICK A. WATERS v. CDL TRAINING SERVICES OF MISSOURI MTC 1.**

Defendant Broderick A. Waters filed a notice of appeal seeking to directly appeal the order granting summary judgment to the plaintiff and entering judgment in the plaintiff's favor.  The judgment amount, however, totals $3,801.66, including the principal of $3,398.75, attorney's fees in the amount of $402.91, and continuing interest and all court costs.

Although the grant of a motion for summary judgment usually is directly appealable, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required. OCGA § 5-6-35 (a) (6) and (b); *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865 (420 SE2d 810) (1992). Because Waters failed to follow the proper procedure here, his appeal is ordered DISMISSED for lack of jurisdiction. *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*